UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1057 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDOLPH ROY,<br>Defendant. | ) | ORDER TO DISMISS BENCH WARRANT |

This matter came before the Court prior to defendant's arrest on a bench warrant for failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 17 day of April, 2001.

J. Earl Cudd

UNITED STATES MAGISTRATE JUDGE

APR 17 2001